# United States District Court
## Southern District of Georgia

CHARLES STARKS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-197
CR412-119

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 20, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Petitioner's motion is DENIED and this civil action stands CLOSED.



September 20, 2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*